U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

DEC 14 2017

TONY R. MOORE, CLERK
BY DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 1:17CR00332-01 |
| | * | 18 U.S.C. § 2422(b) |
| | * | 18 U.S.C. § 2423(b) |
| VERSUS | * | 18 U.S.C. § 2251 |
| | * | 18 U.S.C. § 2252A |
| | * | JUDGE Drell |
| DUSTIN RAY SPEARS, SR.(01) | * | MAGISTRATE JUDGE Perez-Montes |

INDICTMENT

THE GRAND JURY CHARGES:

COUNT 1

USING A FACILITY IN INTERSTATE COMMERCE TO ATTEMPT
TO ENTICE A MINOR TO ENGAGE IN CRIMINAL SEXUAL ACTIVITY
18 U.S.C. 2422(b)

On or about a date unknown to the Grand Jury but reasonably near to June 13, 2017 continuing until October 9, 2017, in the Western District of Louisiana, the defendant, DUSTIN RAY SPEARS, SR., using any facility of interstate and foreign commerce, did knowingly persuade, induce, entice and coerce a minor to engage in any sexual activity for which any person could be charged with an offense, all in violation of Title 18, United States Code, Section 2422(b). [18 U.S.C. § 2422(b)].

COUNT 2

TRAVEL TO ENGAGE IN ILLICIT
SEXUAL CONDUCT WITH A MINOR
18 U.S.C. 2423(b)

On or about a date unknown to the Grand Jury but reasonably near to October 9, 2017, in the Western District of Louisiana, the defendant, DUSTIN RAY SPEARS, SR., did travel in interstate commerce for the purpose of engaging in illicit sexual conduct with a minor, all in violation of Title 18, United States Code, Section 2423(b). [18 U.S.C. § 2423(b)].

COUNT 3

PRODUCTION OF CHILD PORNOGRAPHY
18 U.S.C. § 2251(a)

On or about the 13th day of June, 2017, in the Western District of Louisiana, the defendant, DUSTIN RAY SPEARS, did employ, use, persuade, induce, entice and attempt to employ, use, persuade, induce, entice a minor engaging in sexually explicit conduct as defined in Title 18, United States Code, Section 2256, for the purpose of producing visual depictions of said conduct, knowing that the visual depictions would be transmitted using a facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a). [18 U.S.C. §§ 2251(a)].

COUNT 4

RECEIVING CHILD PORNOGRAPHY
18 U.S.C. § 2252A(a)(2)(A)

On or about the 13th day of June, 2017, the defendant, DUSTIN RAY SPEARS, did knowingly receive child pornography as defined in Title 18, United States Code, Section 2256, that had been transported from the Western District of Louisiana in interstate and foreign commerce by any means, all in violation of Title 18, United States Code, Section 2252A(a)(2)(A). [18 U.S.C. § 2252A(a)(2)(A)].

COUNT 5

RECEIVING CHILD PORNOGRAPHY
18 U.S.C. § 2252A(a)(2)(A)

On or about the 15th day of June, 2017, the defendant, DUSTIN RAY SPEARS, did knowingly receive child pornography as defined in Title 18, United States Code, Section 2256, that had been transported from the Western District of Louisiana in interstate and foreign commerce by any means, all in violation of Title 18, United States Code, Section 2252A(a)(2)(A). [18 U.S.C. § 2252A(a)(2)(A)].

COUNT 6

RECEIVING CHILD PORNOGRAPHY
18 U.S.C. § 2252A(a)(2)(A)

On or about the 26th day of June, 2017, the defendant, DUSTIN RAY SPEARS, did knowingly receive child pornography as defined in Title 18, United States Code,

Section 2256, that had been transported from the Western District of Louisiana in interstate and foreign commerce by any means, all in violation of Title 18, United States Code, Section 2252A(a)(2)(A). [18 U.S.C. § 2252A(a)(2)(A)].

A TRUE BILL:

REDACTED

FOREPERSON: FEDERAL GRAND JURY

ALEXANDER C. VAN HOOK
Acting United States Attorney
Western District of Louisiana

By: ____________________
JOHN LUKE WALKER (LA Bar #18077)
Assistant United States Attorney
Western District of Louisiana
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-6832
Telephone: (337) 262-6618